# ELECTRONIC RECORD

COA #   02-14-00044-CR                    OFFENSE:   19.04

STYLE:  Cliff Douglas Parker v. The State of Texas      COUNTY:   Tarrant

COA DISPOSITION:    AFFIRM              TRIAL COURT:   Criminal District Court No. 2

DATE: 04/16/2015          Publish: NO   TC CASE #:      1329800R

# IN THE COURT OF CRIMINAL APPEALS

STYLE:  Cliff Douglas Parker v. The State of Texas          CCA #:   **573-15**

____APPELLANT'S____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE:   _____

____REFUSED____              JUDGE:   _____

DATE: ___06/17/2015___             SIGNED: _____        PC: _____

JUDGE: _____           PUBLISH: _____       DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**